|                                  | *  | IN THE             |
| -------------------------------- | -- | ------------------ |
| ATTORNEY GRIEVANCE               | *  |                    |
| COMMISSION OF MARYLAND           |    | SUPREME COURT      |
|                                  | *  |                    |
|                                  |    | OF MARYLAND        |
| v.                               | *  |                    |
|                                  |    | AG No. 55          |
| KELLEE GENEAN BAKER              | *  |                    |
|                                  |    | September Term, 2023 |
|                                  | *  |                    |

**O R D E R**

Upon consideration of (1) the Joint Petition for Indefinite Suspension by Consent Followed by Two Years of Probation with Terms filed by Bar Counsel and Respondent, Kellee Genean Baker, on May 7, 2024, in the above-captioned case, in which the parties jointly petition this Court to indefinitely suspend the Respondent from the practice of law with the right to apply for reinstatement after one year and in which the Respondent acknowledges that the evidence described in the joint petition would be sufficient to sustain the violation of Rules 19-303.1, 19-303.4(b), 19-308.4(c), and 19-308.4(d) of the Maryland Attorney's Rules of Professional Conduct, and (2) the Line filed by the parties on June 10, 2024, in which the parties advise that they would proceed with the joint petition "without any provision for specific conditions that would be in place in the event of reinstatement," *i.e.*, the parties would proceed without the request that the Court bind itself to approve two years of probation to be imposed upon potential future reinstatement, it is this 17th day of June 2024,

ORDERED, by the Supreme Court of Maryland, a majority of the Court concurring, that the Joint Petition for Indefinite Suspension by Consent is GRANTED,

and that, effective immediately, the Respondent, Kellee Genean Baker, is hereby indefinitely suspended from the practice of law in the State of Maryland with the right to apply for reinstatement after one year for violations of Rules 19-303.1, 19-303.4(b), 19-308.4(c), and 19-308.4(d) of the Maryland Attorney's Rules of Professional Conduct; and it is further

ORDERED, that costs are awarded in favor of the Attorney Grievance Commission and against the Respondent in the amount of $1,079.60; and it is further

ORDERED, that the Clerk of this Court shall strike the name of Kellee Genean Baker from the register of attorneys maintained by the Clerk and shall send notice of this Order to the Trustees of the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-761(a) and (b).



/s/ Shirley M. Watts
Senior Justice

Pursuant to the Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Gregory Hilton, Clerk

The correction notice(s) for this opinion(s) can be found here:

https://mdcourts.gov/sites/default/files/import/appellate/correctionnotices/coa/55a23agcn.pdf